BANK OF MONTGOMERY AND GURNEY P. HOOD, COMMISSIONER OF BANKS, v. S. Q. McCRAW, C. C. HOWELL AND UNION INDEMNITY COMPANY.

(Filed 14 December, 1932.)

**Appeal and Error A d—Appeal from order joining party upon finding that he was proper party to action held premature.**

An appeal from an order of the trial court that a party be joined as a defendant upon a finding that such party was a proper and necessary party to the action will be dismissed as premature.

APPEAL by plaintiff, Gurney P. Hood, Commissioner of Banks, and defendant Union Indemnity Company, from *Finley, J.,* at September Term, 1932, of MONTGOMERY. Appeal dismissed.

On motion of the defendant, C. C. Howell, it appearing to the court that Union Indemnity Company was a proper and necessary party to this action, it was ordered by the court that said Union Indemnity Company be made a party defendant, with leave to the defendant, C. C. Howell, and the said Union Indemnity Company to file pleadings.

From said order both the plaintiff, Gurney P. Hood, Commissioner of Banks, and the defendant, Union Indemnity Company, appealed to the Supreme Court.

*Armstrong & Armstrong for plaintiff, Gurney P. Hood, Commissioner.*
*C. H. Gover for defendant, Union Indemnity Company.*

PER CURIAM. The order that the Union Indemnity Company be made a party defendant in this action, upon the facts found by Judge Finley, is not reviewable by this Court at this time. The appeal is dismissed for that same is premature. *Spruill v. Bank,* 163 N. C., 43, 79 S. E., 262.

Appeal dismissed.